UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MELVIN SHERROD,

      Petitioner,

v.                                                CASE NO: 8:05-CV-824-T-27TGW

JAMES V. CROSBY, JR.,

      Respondent.
_____/

## O R D E R

Petitioner, an inmate of the Florida penal system proceeding *pro se*,[1] initiated this action by filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (Dkt. 1) and a Motion for Appointment of Counsel (Dkt. 4). Petitioner did not pay the filing fee or file a request to proceed *in forma pauperis*.

The judgment of conviction against which relief is sought was entered by the Fifth Judicial Circuit Court, Lake County, Florida (Dkt. 1 at 2). The state appellate court affirmed Petitioner's conviction and sentence on February 24, 2004. *See Sherrod v. State*, 868 So.2d 535 (Fla. 5th DCA 2004) (Table). Pursuant to Local Rule 1.02(c) (M.D. Fla. 2004)

---

[1]Petitioner is cautioned that although he is appearing *pro se*, he is required to comply with the Local Rules of the Middle District of Florida, the Federal Rules of Civil Procedure, and the Rules Governing Section 2254 Cases. Failure to do so could result in sanctions, including dismissal of his claims. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir.), *cert. denied*, 493 U.S. 863 (1989). A copy of the Local Rules may be obtained at no charge by mailing a letter to the Clerk's Office. Because the Court cannot pay the mailing costs, Petitioner must also provide a self-addressed envelope with $3.95 postage affixed thereto. The Local Rules measure 8 1/2" x 11" x 1/2". A copy of the Local Rules may be found in the Prison Law Library. They may also be found in <u>Florida Rules of Court</u> available from West Group, 620 Opperman Drive, St. Paul, Minnesota 55164. This book may also be available in the Prison Law Library.

and 28 U.S.C. §2241(d),[2] this case is **transferred** to the **Ocala Division** of this Court for all further proceedings.

UPON consideration, the Court **ORDERS** that the Clerk shall immediately forward the case file to that Division, terminate any pending motions, and close this case.

**ORDERED** at Tampa, Florida, on ____*May 26* ᵗʰ____, 2005.



_____
JAMES D. WHITTEMORE
United States District Judge

Copy to:  Petitioner *Pro Se*

SA:jsh

_____

[2]"Where an application for a writ of habeas corpus is made by a person in custody under the judgment and sentence of a State court of a State which contains two or more Federal judicial districts, the application may be filed in the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced him and each of such district courts shall have concurrent jurisdiction to entertain the application. The district court for the district wherein such an application is filed in the exercise of its discretion and in furtherance of justice may transfer the application to the other district court for hearing and determination." 28 U.S.C. § 2241(d).